**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RONALD SATISH EMRIT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 26-00269-JB-B** |
| | * | |
| **CITY OF NORTH PORT, *et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated August 6, 2026 (Doc. 5) is **ADOPTED** as the opinion of this Court.

Consistent with the recommendation of the Magistrate Judge, it is **ORDERED** that this action is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

It is further **ORDERED** that Plaintiff Ronald Satish Emrit is declared a vexatious litigant pursuant to 28 U.S.C. § 1651(a). Accordingly, Emrit is **ENJOINED and PROHIBITED** from filing any new lawsuits in the United States District Court for the Southern District of Alabama unless he either: (1) tenders the full filing fee required to initiate such lawsuit; (2) is represented by a

licensed attorney in the case; or (3) is granted prior written approval to proceed by the Chief District Judge of this district.

Any motion seeking the Chief District Judge's prior written approval for Emrit to file a new lawsuit in this Court must be captioned "Motion for Leave to File Pursuant to Court Order," and Emrit must attach to each and any such motion: (1) a copy of any proposed complaint, petition, or other document; (2) a copy of this order; and (3) a certification – made under oath – that there is a good faith basis for filing any complaint, petition, or other document.

In the event that the Chief District Judge's review of the motion results in a finding that Emrit's proposed action is not frivolous, then the Chief District Judge shall direct the Clerk to file his case and assign it in accordance with the Court's normal procedures. In the event the Chief District Judge's review of the motion results in a finding that Emrit's proposed action is frivolous, that action shall not be filed with the Court but instead shall be returned to Emrit.

The Clerk of Court is specifically **DIRECTED** not to accept any such pleadings from Emrit unless they comply with the above restrictions, and the Clerk of Court is instructed to dispose of any such documents accordingly.

To the extent Emrit files a case in another district that is then transferred to this district, the Clerk of Court is **DIRECTED**

to notify the judge to whom the case is assigned in this district of this order and Emrit's restricted-filer status.

The Clerk of Court shall send a copy of this order to all District Judges and Magistrate Judges in the Southern District of Alabama.

Done this 10th day of September, 2026.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE